# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 97-00083 |
| Plaintiff, | ) | |
| vs. | ) | |
| KE JUN SUN, | ) | ORDER |
| Defendant. | ) | |

On May 163, 19978, the Court ordered the above-named defendant to surrender his passport as a condition of pretrial release. The case remains pending since the defendant failed to appear for sentencing on May 13, 1998. A bench warrant for his arrest remains outstanding. Accordingly, the Clerk of Court is directed to release the passport to the U.S. Probation Office. The U.S. Probation Office shall retain custody of the passport pending disposition of the case or further order of the Court.

SO ORDERED this 12th day of February 2007.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**